478 A.2d 129

Mull, Appellant (No. 1710) v. Nationwide Ins. Co., Appellant (No. 1785).

Argued March 21, 1984. John P. Campana, for appellant (at No. 1710), for appellee (at No. 1785); Robert A. Gallagher, for appellant (at No. 1785), for appellee (at No. 1710).

Before SPAETH, President Judge, and BECK and TAMILIA, JJ.

Order of June 9, 1983 affirmed at 1710 Philadelphia 1983.

Order of June 24, 1983 affirmed as modified at 1785 Philadelphia 1983.

SPAETH, President Judge, concurred in the result.